UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re Michael Thomas Branin ,                    Case Number
                                                  12-37133-DOT
    Elizabeth Lynn Branin

    Motion For Reassignment of Chapter 13 Trustee . This document is to serve notice and complaint filed against Robert E. Hyman Trustee. Complaints are as follows. In a telephone conversation to the office of the Trustee office on the Date of January 16,2012  Trustee or person who disclosed verbally to be  Robert E. Hyman, verbalized an opinion as follows He had never had a Pro Se Chapter 13 case in 25 years and that the Judge will more than likely dismiss the case.Mr Hyman became agitated and demanded an answer   Why did you not hire a lawyer ? In further additions Robert Hyman was disrespectful and used an aggressive tone. It is of this condition and behavior that 1. The debtors believe that the Trustee has offered an opinion that Violates the rights of the Debtors to file without a Lawyer, a threat to dismiss with prejudice any pro se filing violates U.S Federal Bankruptcy Laws and regulations  and that action is prejudicial and hostile for which the debtors can be exposed to harm and damages. Further it is unreasonable to accept the conditions as they exist for an cooperative, impartial and just treatment of the Debtors.  Mr. Robert E. Hyman has made it clear that he will request dismissal prior to any further action.

Debtors: _____      Date Jan. 16,2013
         Michael Thomas Branin,

         _____      Date Jan. 16,2013
         Elizabeth Lynn Branin

2013 JAN 16  PM 2:08
U.S. BANKRUPTCY COURT
RICHMOND DIVISION
FILED