UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Case No. 12-37133-DOT
Chapter 13

IN RE:  MICHAEL THOMAS BRANIN, DEBTOR
ELIZABETH LYNN BRANIN, JOINT DEBTOR

AMENDED NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for Ocwen Loan Servicing, LLC, in the above-named action. Pursuant to Fed. R. Bankr. P. 9010(b), all further notices and copies of pleadings relevant to this action should be directed to and served upon

> Mark R. Galbraith, Counsel
> Ocwen Loan Servicing, LLC
> 11160C1 South Lakes Dr.
> Suite 176
> Reston, VA 20191
> VSB ID No. 36688

Dated this 7th day of February, 2013.

/s/ Mark R. Galbraith

CERTIFICATE

I hereby certify that a true copy of the foregoing Notice of Appearance was sent electronically or mailed this 7th day of February, 2013, to Michael Branin, debtor, 11612 Wood Bluff Loop, North Chesterfield, VA 23236; to Elizabeth Lynn Branin, co-debtor, 11612 Wood Bluff Loop, North Chesterfield, VA 23236; and to Robert E. Hyman, Trustee, P.O. Box 1780, Richmond, VA 23218.

/s/ Mark R. Galbraith
Mark R. Galbraith

1